

*U.S. Department of Justice*

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*　　　　　　　　　　　　　　　　　　　　*973-645-2700*
*Newark, New Jersey 07102*

November 3, 2023

The Honorable Esther Salas
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

　　　　Re:　United States v. Eric Leykin, 23-cr-398-ES

Dear Judge Salas:

　　The Government writes to respectfully request an extension of the briefing schedule previously ordered by this Court with respect to pretrial motions (D.E. 19, 22). Specifically, the Government requests an extension of its deadline to file its opposition to the Defendant's motion to dismiss the Indictment (D.E. 23) from November 3, 2023 until November 22, 2023. The Government also requests an extension of the Defendant's deadline to file his reply until December 22, 2023. As grounds thereof, the Government represents that this additional time will enable both parties to provide more thorough briefing to the Court addressing the issues raised in the Defendant's motion. The Government further represents that it has met and conferred with counsel for the Defendant regarding this request, and the Defendant consents to the relief requested.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　PHILIP R. SELLINGER
　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　*/s/ Andrew M. Trombly*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　By:　　　Andrew M. Trombly
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney